# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Ingrid V. Amadis Payano

Plaintiff,

V.

Carolyn W. Colvin

Defendant.

**JUDGMENT FOR ATTORNEY FEES IN A CIVIL CASE**

Case Number: 2:15-cv-00294-RFB-CWH

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Ingrid V. Amadis Payano is awarded attorney fees in the amount of $3,500.00 under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and costs in the amount of $400.00 under 28 U.S.C. § 1920.

This award is without prejudice to the rights of Marc V. Kalagian and/or the Law Offices of Rohlfing & Kalagian, LLP to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

December 14, 2017

Date

/s/ Debra K. Kempi

Clerk

/s/ S. Denson

(By) Deputy Clerk